IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LEROY GILLING, JR.<br><br>VERSUS<br><br>SETTOON TOWING LLC, ET AL | C.A. NO. 3:13-CV-00080 |

### ORDER OF DISMISSAL

CONSIDERING Plaintiff's Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that the above styled cause of action be dismissed, with prejudice, each party to bear its own respective costs.

This 17th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE